1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

KING COUNTY, a governmental entity,

                  Plaintiff,

    vs.

VIRACON, INC., a Minnesota
Corporation, QUANEX IG SYSTEMS,
INC., an Ohio Corporation, and
TRUSEAL TECHNOLOGIES, INC., a
Delaware Corporation,

                  Defendants.

Case No. 2:19-cv-00508-BJR

**ORDER GRANTING STIPULATED
MOTION FOR EXTENSION OF TIME FOR
DEFENDANTS QUANEX IG SYSTEMS, INC.
AND TRUSEAL TECHNOLOGIES, INC. TO
FILE RESPONSIVE PLEADING TO
COMPLAINT**

      Based on Parties' Stipulated Motion for Extension of Time for Defendants Quanex IG

Systems, Inc. and Truseal Technologies, Inc. to File Responsive Pleading to Complaint, and

good cause appearing, it is hereby ORDERED that the Parties' Stipulated Motion for Extension

of Time is GRANTED.

      Defendants Quanex IG Systems, Inc. and Truseal Technologies, Inc. shall file their

Responsive pleading to Complaint on or before June 28, 2019.

Dated this 21st day of June, 2019.

Barbara Jacobs Rothstein
U.S. District Court Judge