# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KING COUNTY, a governmental entity,<br><br>    Plaintiff,<br><br>v.<br><br>VIRACON, INC., A Minnesota Corporation, QUANEX I.G. SYSTEMS INC., an Ohio Corporation, TRUSEAL TECHNOLOGIES INC., a Delaware Corporation,<br>    Defendants. | Civil Action No. 19-508<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR PARTIES TO EXCHANGE INITIAL DISCLOSURES PURSUANT TO FRCP 26(a)(1)** |

After reviewing the joint Stipulated Motion for Extension of Time for Parties to Exchange Initial Disclosures Pursuant to FRCP 26(a)(1), and good cause appearing, it is hereby ORDERED that the Parties' Stipulated Motion For Extension Of Time is GRANTED.

The Parties shall provide their proposed phased plan for initial disclosures in their forthcoming Combined Joint Status Report and Discovery Plan, and the dates of initial disclosures will be included in the resultant Scheduling Order.

Dated this 12th day of July 2019.

_Barbara J. Rothstein_
Barbara Jacobs Rothstein
U.S. District Court Judge