# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KING COUNTY, a governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>VIRACON, INC., A Minnesota Corporation, QUANEX I.G. SYSTEMS INC., an Ohio Corporation, and TRUSEAL TECHNOLOGIES INC., a Delaware Corporation,<br><br>Defendants. | Civil Action No. 2:19-cv-00508-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME FOR KING COUNTY TO FILE ITS OPPOSITION TO VIRACON'S MOTION TO DISMISS PURSUANT TO FRCP 6(b)(1)(B)** |

After reviewing the Stipulated Motion for an Extension of Time for King County to File Its Opposition to Viracon's Motion to Dismiss Pursuant to FRCP 6(b)(1)(B), and good cause and excusable neglect appearing, it is hereby ORDERED that the Stipulated Motion for Extension of Time is GRANTED.

Dated this 5th day of August, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge