**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| KING COUNTY, a governmental entity,<br><br>Plaintiff,<br><br>v.<br><br>VIRACON, INC., a Minnesota Corporation, QUANEX I.G. SYSTEMS INC., an Ohio Corporation, and TRUSEAL TECHNOLOGIES INC., a Delaware Corporation,<br><br>Defendants. | Civil Action No.  2:19-cv-00508-BJR<br><br>**ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE** |

After reviewing the Stipulated Motion for Continuance, and good cause appearing, it is hereby ORDERED that the Stipulated Motion for Continuance is GRANTED.

The Court recognizes that COVID-19 continues to significantly impact those living and working in King County, Washington, including the parties in this case. Accordingly, the Court revises the case management dates as follows:

1. The discovery deadline is extended to August 21, 2020. All discovery, both fact and expert, is stayed until July 22, 2020.

2. The deadline to file dispositive motions is extended to September 7, 2020.

3. All other pre-trial and trial dates set out in the Court's March 18, 2020 Order Setting Trial Dates and Related Dates remain unchanged by this order.

4.	Viracon's responses to King County's outstanding discovery requests are due on August 21, 2020.

5.	All depositions currently noticed will be postponed and will go forward, on mutually-agreeable dates, after the expiration of the stay of discovery.

6.	King County will complete its document production by June 5, 2020. There will be no further requests for extensions of time from King County regarding this deadline.

7.	King County and Viracon are precluded from serving additional written discovery (interrogatories, requests for admission, or requests for production of documents) on each other, even after the stay is lifted.

Dated this 26th day of March 2020

_____
Barbara Jacobs Rothstein
U.S. District Court Judge